IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC R. NEAL, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION FILE |
| v. | )   NO. CV 1:09-cv-0918-TCB |
| | ) |
| GENERAL ELECTRIC CAPITAL | ) |
| CORP. d/b/a GE MONEY BANK, | ) |
| SHERMAN FINANCIAL GROUP, | ) |
| LLC, and LVNV FUNDING, LLC | ) |
| | ) |
|    Defendants. | ) |

**<u>GENERAL ELECTRIC CAPITAL CORPORATION'S
CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT</u>**

COMES NOW Defendant General Electric Capital Corporation ("GECC") (incorrectly designated by the Plaintiff as "d/b/a/ GE Money Bank"), by and through its counsel of record, and submits its Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 as follows:

**(1)  The undersigned counsel of record for GECC certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    (a)    Plaintiff Eric R. Neal

    (b)    Defendant Sherman Financial Group, LLC

  (c)  Defendant LVNV Funding, LLC

  (d)  Defendant General Electric Capital Corporation ("GECC") (incorrectly designated by the Plaintiff as "d/b/a/ GE Money Bank") GECC contends it is an improper party.

  (e)  General Electric Capital Services, Inc. ("GECS") GECC is a wholly owned subsidiary of GECS

  (f)  GE Money Bank ("GEMB")

  (g)  GE Consumer Finance, Inc. ("GECF") GEMB is a wholly owned subsidiary of GECF

**(2)** **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

  Plaintiff's Counsel:
    Regina S. Molden
    Diona M. Potter
    Molden, Holley & Thompson, LLC

  Plaintiff's Spouse:
    Felicia Greer Neal

**(3)** **The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

  **(a)** **Plaintiff's counsel:**  Regina S. Molden
             Diona M. Potter
             Molden, Holley & Thompson, LLC
             Peachtree Center - South Tower
             225 Peachtree Street, NE - Suite 1900
             Atlanta, Georgia 30303
             telephone: 404-324-4500
             facsimile: 404-324-4501

>rmolden@moldenholley.com
>dpotter@moldenholley.com

**(b)    Defendant's counsel:**   John W. Campbell
C.W. Tab Billingsley, Jr.
Swift, Currie, McGhee & Hiers, LLP
The Peachtree – Suite 300
1355 Peachtree Street, NE
Atlanta, Georgia 30309-3231
telephone:    404-874-8800
facsimile:    404-888-6199
john.campbell@swiftcurrie.com
tab.billingsley@swiftcurrie.com

Respectfully submitted this 4th day of May, 2009.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**


By: */s/ C.W. Tab Billingsley, Jr.*
John W. Campbell
Georgia State Bar No. 002820
C.W. Tab Billingsley, Jr.
Georgia State Bar No. 057098

**Attorneys for Defendant
General Electric Capital Corporation**

The Peachtree – Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309-3231
404-874-8800       telephone
404-888-6199       facsimile
john.campbell@swiftcurrie.com
tab.billingsley@swiftcurrie.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC R. NEAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GENERAL ELECTRIC CAPITAL )<br>CORP. d/b/a GE MONEY BANK, )<br>SHERMAN FINANCIAL GROUP, )<br>LLC, and LVNV FUNDING, LLC )<br>)<br>Defendants. ) | CIVIL ACTION FILE<br>NO. CV 1:09-cv-0918-TCB |

## CERTIFICATE OF SERVICE

I served the foregoing Certificate of Interested Persons and Corporate Disclosure Statement using the CM/ECF system to the Clerk of Court which will send notification to all counsel of record including the following counsel of record for the Plaintiff:

>Regina S. Molden, Esq.
>Diona M. Potter, Esq.
>Molden, Holley & Thompson, LLC
>Peachtree Center - South Tower
>225 Peachtree Street, NE - Suite 1900
>Atlanta, Georgia  30303

This 4th day of May, 2009

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ C.W. Tab Billingsley, Jr.*
John W. Campbell
Georgia State Bar No. 002820
C.W. Tab Billingsley, Jr.
Georgia State Bar No. 057098