IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC R. NEAL,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL ELECTRIC CAPITAL CORP., d/b/a GE MONEY GROUP, LLC, SHERMAN FINANCIAL GROUP, LLC, AND LVNV FUNDING, LLC<br><br>Defendants | CIVIL ACTION FILE<br>NO. 1:09-CV-0918-TCB |

## SHERMAN FINANCIAL GROUP, LLC AND LVNV FUNDING, LLC CERTIFICATE OF INTERESTED PERSONS

COMES NOW, SHERMAN FINANCIAL GROUP, LLC (hereinafter, "Sherman Financial"), and LVNV FUNDING, LLC (hereinafter, "LVNV Funding") (hereinafter, Sherman Financial and LVNV Funding are referred to collectively as "Defendants") two (2) of the named Defendants in the above-styled civil action, by and through their undersigned counsel, preserving all defenses, and, pursuant to Local Rule 3.3A (N.D. Ga.), hereby submits their Certificate of Interested Persons.

1.

The undersigned Counsel of Record for Sherman Financial and LVNV Funding certify that the following is a full and complete list of all parties to this action:

    Eric R. Neal, Plaintiff;

    Sherman Financial Group, LLC, Defendant

    LVNV Funding, LLC, Defendant

    General Electric Capital Corp. d/b/a GE Money Group, LLC, Defendant

2.

The undersigned further certifies that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

    Resurgent Capital Services, L.P.

    Sherman Originator, LLC

3.

The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Regina S. Molden
Diona M. Potter
Molden Holley & Thompson, LLC
225 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303
Counsel for Plaintiff Eric R. Neal

John C. Campbell
Swift, Currie, McGhee & Hiers, LLC
The Peachtree Suite 300
1355 Peachtree Street, NE
Atlanta, GA 30309
Counsel for Defendant General Electric Capital Corp. d/b/a GE Money Group, LLC

Peter L. Lublin, Esq.
Rubin Lublin, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
Telephone (770) 246-3333
Facsimile (404) 601-5415
E-Mail: plublin@rubinlublin.com
Counsel for Defendants Sherman Financial Group, LLC and LVNV Funding, LLC

Respectfully submitted this 3rd day of June, 2009.

>   /s/ Brian Linkowski
>   PETER L. LUBLIN
>   Georgia State Bar No. 460461
>   BRIAN LINKOWSKI
>   Georgia State Bar No. 141403
>   ATTORNEYS FOR DEFENDANTS
>   SHERMAN FINANCIAL GROUP, LLC
>   AND LVNV FUNDING, LLC

Rubin Lublin, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
Telephone (770) 246-3333
Facsimile (404) 601-5415
plublin@rubinlublin.com
blinkowski@rubinlublin.com

## **FONT CERTIFICATION**

The undersigned counsel for Defendants Sherman Financial Group, LLC and LVNV Funding, LLC. hereby certifies that the within and foregoing Certificate of Interested Persons was prepared using Times New Roman 14-point font in accordance with LR 5.1(B).

This 3rd day of June, 2009.

                                        */s/ Brian Linkowski*
                                        PETER L. LUBLIN
                                        Georgia State Bar No. 460461
                                        BRIAN LINKOWSKI
                                        Georgia State Bar No. 141403
                                        ATTORNEYS FOR DEFENDANTS
                                        SHERMAN FINANCIAL GROUP, LLC
                                        AND LVNV FUNDING, LLC

Rubin Lublin, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
Telephone (770) 246-3333
Facsimile (404) 601-5415
plublin@rubinlublin.com
blinkowski@rubinlublin.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC R. NEAL )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>GENERAL ELECTRIC CAPITAL )<br>CORP., d/b/a GE MONEY )<br>GROUP, LLC, SHERMAN )<br>FINANCIAL GROUP, LLC, AND )<br>LVNV FUNDING, LLC )<br>)<br>Defendants )<br>_____ ) | CIVIL ACTION FILE<br>NO. 1:09-CV-0918-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this 3rd day of June, 2009, served the Defendants, in this matter with the foregoing Sherman Financial Group, LLC and LVNV Funding, LLC.'s Certificate of Interested Persons by placing a true and correct copy of same in the United States Mail, with prepaid first-class postage affixed thereto, properly addressed as follows:

Regina S. Molden
Diona M. Potter
Molden Holley & Thompson, LLC
225 Peachtree Street, NE
Suite 1900
Atlanta, GA 30303

{218095.0015/S0259984_1}                                6

John C. Campbell
Swift, Currie, McGhee & Hiers, LLC
The Peachtree Suite 300
1355 Peachtree Street, NE
Atlanta, GA 30309

                                      */s/ Brian Linkowski*
                                      PETER L. LUBLIN
                                      Georgia State Bar No. 460461
                                      BRIAN LINKOWSKI
                                      Georgia State Bar No. 141403
                                      ATTORNEYS FOR DEFENDANTS
                                      SHERMAN FINANCIAL GROUP, LLC
                                      AND LVNV FUNDING, LLC

Rubin Lublin, LLC
3740 Davinci Court
Suite 100
Norcross, GA 30092
Telephone (770) 246-3333
Facsimile (404) 601-5415
plublin@rubinlublin.com
blinkowski@rubinlublin.com